## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Mary Jo Lamb pro se
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Sara H Nour
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

U S DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 MAY 23  A 10: 58

## COMPLAINT

Jury Trial: ☑ Yes ☐ No

(check one)

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach
      additional sheets of paper as necessary.

| Plaintiff | Name | Mary Jo Lamb pro se |
|---|---|---|
| | Street Address | 364 Main Street Suite 200a |
| | County, City | Bedminster |
| | State & Zip Code | New Jersey 07921 |
| | Telephone Number | 908 240 3311 |

B.      List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1          Name _____ Sara H Nour _____

                         Street Address ___ 4303 Pine Valley Road _____

                         County, City ___ Piscataway _____

                         State & Zip Code New Jersey  08855 _____


Defendant No. 2          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


Defendant No. 3          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


Defendant No. 4          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


II.     **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions              ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff       ☐ U.S. Government Defendant


B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? HIPPA 104-191 _____

_____

_____

-2-

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Rutgers University UBHC Psychiatric Outpatient facility 100 Metroplex Drive Edison, NJ 08817

B.    What date and approximate time did the events giving rise to your claim(s) occur? July2019 through August 26, 2021.

| What happened to you? |
|---|

C.    Facts: Sara H Nour posed as a fake patient at a former place of plaintiffs place of emoployment, Rutgers UBHC edison office, through 7/19 -8/21, seeking psychiatric treatment as a fake patient to generate false charges against plaintiff toward NJ Board of Nursing, Piscataway Police Dept, and Somerset county Superior court counterclaim 1/20. Sara H Nour and her attorney Arthur Carmano, stated in counterclaim, Mary Jo Lamb has violated HIPPA on numerous occasions at her place of employment, where Sara Nour was a patient but not a patient of Mary Jo Lamb, and Ms Lamb had access to her medical records. However, I left

| Who did what? |
|---|

Edison facility in 2017. Ms Nour also went to a forensic psychiatrist on 10/5/21 Roy Lubit MD and utilized these medical records from Edison (posing as a fake patient) to bolstr her defense, in stating I violated HIPPA and traumatized Ms Nour.Dr, Lubit used these fabricated medical records in his forensic report used in civil suit somerset county superior court nj.

| Was anyone else involved? |
|---|

Arthur Carmano attorney

Roy Lubit MD

| Who else saw what happened? |
|---|

Rutgets staff outpatient facility from 7/19 through 8/21.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. As a result of these false violation of HIPA allegations
I have spent approximately $55,000 in legal fees to defend myself at the New Jersery Board
of Nursing, Piscataway Municipal Court NJ, Somersest County Superior Court, NJ.
Sara H nour and her attorney Arthur Carmano, have tried to defraud me out of three million
dollars, in a fictitious counterclaim in Somerset County Superior Court, NJ

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.
**2 million dollars in damages compensation**
For legal fees that have accrued since 2019, due to Sara Nour harrassing me at my licensing
board with false allegations, attempting to have my nursing license revoked, for legal
respresentation in Somerset County Superior Court, NJ and Piscataway Municiapl Court, NJ
making numerous attempts with lying and commiting fraud to try and prevent me from
making a living and supporting myself as a psychiatric nurse practitioner.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of may _____, 20 22 .

Signature of Plaintiff _____

Mailing Address 364 Main Street Suite 20a _____

Bedminster, NJ 07921 _____

Telephone Number 908 240 3311 _____

Fax Number *(if you have one)* 908 572 7114 _____

E-mail Address mjriverstones@hotmail.com _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff _____